

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 04cr10018-T |
| NICHOLAS DEVON GOFF, | ) |
| Defendant. | ) |

UNITED STATES' MOTION TO CONTINUE SETTING DATE

COMES NOW, the United States of America, by and through Terrell L. Harris, United States Attorney, and James W. Powell, Assistant United States Attorney for the Western District of Tennessee, and moves this Honorable Court as follows:

The defendant, NICHOLAS DEVON GOFF, is scheduled for a re-sentencing hearing date on Friday, July 22, 2005. Counsel for the government has been advised that oral argument before the Sixth Circuit Court of Appeals will be held that same day. Due to this scheduling conflict the government is now requesting a resetting of this case.

Movant has discussed the filing of this motion with Ms. Diane Smothers, counsel for the defendant, who has expressed no objection thereto. Counsel for the government will be unavailable from July 19th through July 22nd, as well as July 27th through July 28th. Ms. Smothers has advised that she will be unavailable on July 15th.

THEREFORE, for the grounds set forth above, the government respectfully requests that the defendants' scheduled Re-sentencing Hearing date be reset to a later date.

**MOTION GRANTED**
DATE: 15 June 2005

James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 06-16-05

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

_____
JAMES W. POWELL
Assistant United States Attorney
109 South Highland Avenue, Suite 300
Jackson, Tennessee 38301
(731) 422-6220
Tennessee Bar No. 9614

## CERTIFICATE OF SERVICE

I, James W. Powell, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing has been delivered to Ms. Diane Smothers, Counsel for the defendant, 109 South Highland Avenue, Jackson, Tennessee, this 15th day of June 2005.

_____
James W. Powell
Assistant United States Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 1:04-CR-10018 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

J. Patten Brown
200 Jefferson, Suite 200
Memphis, TN 38103

James W. Powell
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT